IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NLG, LLC,<br><br>        Debtor.<br>_____<br>CHRIS KOSACHUK,<br><br>        Appellant,<br><br>    v.<br><br>SELECT ADVISORS GROUP, LLC,<br>et al.,<br><br>        Appellees.<br>_____ | ) Chapter 7<br>) Bk. No. 21-11269-JKS<br>) BK. BAP No. 23-27<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-541-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 10ᵗʰ day of August 2023, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 11, 2023.**

2.  Appellees' brief in opposition to the appeal is due on or before **October 11, 2023.**

3.  Appellant's reply brief is due on or before **October 25, 2023.**


_____
Chief Judge