IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: NLG, LLC, | : | Chapter 7 |
| | : | |
| Reorganized Debtor. | : | Bankr. No. 21-11269-JKS |

_____

| | | |
|---|---|---|
| Chris Kosachuk, | : | |
|              Appellant, | : | Civ. No. 23-540-JLH |
|     v. | : | |
| | : | |
| Alfred T. Guiliano, Chapter 7 Trustee for the | : | |
| Estate of NLG, LLC, Select Advisors Group LLC, | : | |
| and 9197-5904 Quebec, Inc., | : | |
| | : | |
| | : | |
|            Appellees. | : | |

_____

| | | |
|---|---|---|
| Chris Kosachuk, | : | |
|              Appellant, | : | Civ. No. 23-541-JLH |
|     v. | : | |
| | : | |
| Select Advisors Group LLC and 9197-5904 | : | |
| Quebec, Inc., | : | |
| | : | |
|            Appellees. | : | |

_____

| | | |
|---|---|---|
| Chris Kosachuk, | : | |
|              Appellant, | : | Civ. No. 23-542-JLH |
|     v. | : | |
| | : | |
| Select Advisors Group LLC and | : | |
| Alfred T. Guiliano, Chapter 7 Trustee | : | |
| for the Estate of NLG, LLC, | : | |
| | : | |
|            Appellees. | : | |

_____

## **ORDER**

WHEREAS, on or about May 17, 2023, *pro se* appellant Chris Kosachuk ("Appellant") filed the above-captioned appeals ("Appeals");

WHEREAS, on August 10, 2023, this Court entered an Order in each of the appeals (*see* Civ. No. 23-540, D.I. 6) ("Original Scheduling Order") requiring Appellant to file an opening brief in support of his appeals no later than September 11, 2023 ("Original Deadline");

WHEREAS, on the Original Deadline, Appellant filed his first request for an extension (*see* Civ. No. 23-540, D.I. 7) ("First Motion for Extension") requesting an additional 30 days to file an opening brief, through and including October 11, 2023;

WHEREAS, on September 12, 2023, the Court issued an order granting the First Motion for Extension and setting October 11, 2023 ("Extended Deadline") as the deadline for Appellant to file opening briefs in support of his appeals;

WHEREAS, also on September 12, 2023, Appellees filed a Motion to Dismiss in each of the Appeals (*see* Civ. No. 23-540, D.I. 10; Civ. No. 23-541, D.I. 9; Civ. No. 23-542, D.I. 11) (together, the "Motions to Dismiss") based on (1) Appellant's lack of prosecution, and (2) Appellees' assertion that Appellant has been permanently enjoined from continuing to challenge a New York court ruling, which these Appeals are a further attempt to challenge;

WHEREAS, on the Extended Deadline, Appellant filed a second request for an extension (*see* Civ. No. 23-540, D.I. 13) ("Second Motion for Extension"), this time

2

seeking an additional 90 days to file an opening brief in the Appeals, through and including January 11, 2024;

WHEREAS, on October 13, 2023, the Court issued an Order (the "October 13, 2023 Order") directing that (1) Appellant shall comply with Fed. R. Bankr. P. 8009 and Del. Bankr. L.R. 8009-1 no later than October 26, 2023; (2) Appellant shall file an opening brief in support of the appeals no later than November 2, 2023; and (3) no further extensions of these deadlines would be granted;

WHEREAS, Appellant has complied with the deadlines contained in the October 13, 2023 Order;

WHEREAS, the Appeals are now fully briefed, and the Court prefers to address the Appeals on the merits:

NOW THEREFORE, IT IS HEREBY ORDERED that:

The Motions to Dismiss (Civ. No. 23-540, D.I. 10; Civ. No. 23-541, D.I. 9; Civ. No. 23-542, D.I. 11) are DENIED.


Entered this 30th day of September, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge